UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL L. HUBBEL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:15CV1199 CDP |
| | ) |
| INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 3, AFL-CIO, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

For the reasons stated during today's conference call,

**IT IS HEREBY ORDERED** that respondent's motion for leave to take depositions [#7] is granted **only to the following extent**: respondent may take the depositions of Steve Phlipot and Jim Staggs following the conclusion of the Section 10(k) hearing before the NLRB on Tuesday, August 18, 2015, only if respondent's counsel reasonably believes in good faith that such depositions are necessary. **A two hour time limit is imposed on any such deposition**.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2015.